# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | NO. 3:09CR-148-04-S |
| CECILIA HATCHETT MORTON | DEFENDANT |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Ann Claire Phillips, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. The Defendant, Cecilia Hatchett Morton, by consent and with David Mejia, appointed counsel, appeared in open court on April 22, 2010, and entered a plea of guilty as to Count 1 of the Indictment pursuant to an open plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

The defendant advised the Court that she wishes to go to trial on her remaining counts, Accordingly;

**IT IS ORDERED** that a jury trial is scheduled for **June 14, 2010 at 9:30 a.m.,** before Charles R. Simpson III, Judge United States District Court.

No later than seven (7) days **prior to trial**, the parties shall file a trial memorandum containing the following:

A. The statute(s) involved and elements of the offense. (With discussion of authorities, if disputed).

B. A statement of undisputed and disputed facts.

C. A separate statement of each unresolved substantive issue of law, with discussion and citations to authorities.

D. A statement of evidentiary issues which it is reasonably believed will be raised at trial together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

E. A statement of any known or reasonably anticipated potential trial problems, or other issues which may assist the Court in trying the case.

F. Proposed substantive and special jury instructions with citations to authorities. It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

G. Proposed voir dire questions.

The parties have waived their right to a Speedy Trial. The period of time between April 22, 2010 and June 14, 2010 is excludable time in the interest of justice in order to permit the

defendant to prepare for trial. The interests of justice outweigh the interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A);(h)(7)(B)(i);(h)(7)(B)(iv).

**IT IS HEREBY ORDERED** that the defendant shall remain on her present bond.

Date: April 22, 2010

Dave Whalin, Magistrate Judge
United States District Court

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

April 26, 2010

40