UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                            CRIMINAL ACTION NUMBER 3:09CR-148-04-S

CECILIA HATCHETT MORTON                                                            DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

Sentencing will be scheduled by further orders of the Court, before the Honorable Charles R. Simpson III, Judge United States District Court.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record